**BETTS, RUBIN & McGUINNESS, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

Brady K. McGuinness (State Bar #172548)
Attorneys for Defendant MJ PROPERTIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128; MJ PROPERTIES, a California General Partnership,<br><br>    Defendants. | Case No.  2:12-CV-02578-MCE-CMK<br><br>DEFENDANT MJ PROPERTIES' APPLICATION TO APPEAR TELEPHONICALLY; ORDER<br><br>Date: February 21, 2013<br>Time: 2:00 p.m.<br>Courtroom 7<br>Hon. Morrison C. England, Jr. |

Brady K. McGuinness, counsel for Defendant MJ Properties respectfully requests that he be authorized to appear telephonically at the hearing on Plaintiff's Motion to Strike Affirmative Defenses to MJ Properties' Answer, currently scheduled to be heard on February 21, 2013, at 2:00 p.m., in Courtroom 7 before the Honorable Morrison C. England, Jr.

There is good cause to permit a telephonic appearance because Defendant's counsel maintains his office in Fresno, California, and a telephonic appearance will promote judicial economy and efficiency.

//

//

//

Wherefore, it is respectfully requested that an Order be issued authorizing Defendant's counsel Brady K. McGuinness, 559-438-8500, to appear telephonically.

Dated:   January 24, 2013               BETTS, RUBIN & McGUINNESS

                                              By   /s/ Brady K. McGuinness
                                              Brady K. McGuinness
                                              Attorneys for Defendant, MJ Properties

### ORDER

With good cause showing, IT IS SO ORDERED that Brady K. McGuinness, counsel for Defendant MJ Properties, may appear telephonically at the February 21, 2013 hearing of Plaintiff's Motion to Strike Affirmative Defenses.  Mr. McGuinness's phone number is 559-438-8500.

IT IS SO ORDERED.

Dated:   February 1, 2013

                          MORRISON C. ENGLAND, JR, CHIEF JUDGE
                          UNITED STATES DISTRICT JUDGE