Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Lary Feezor


Gary Charles Brickwood, SBN 94892
**Brickwood Law Office**
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: (530) 245-1877
Facsimile: (530) 245-1879

Attorneys for Defendant California Grills, Inc.

United States District Court

Eastern District of California

| | |
|---|---|
| Lary Feezor, | Case No. 2:12-cv-02578-MCE-CMK |
| Plaintiff, | **Joint Request to Continue Hearing on Plaintiff's Motion to Strike.; Order Thereon** |
| vs. | |
| California Grills, Inc., dba Perko's Café #128; *et al.*, | Date: May 30, 2013<br>Time: 2:00 p.m.<br>Room: Courtroom 7 |
| Defendants. | Hon. Morrison C. England Jr. |

1    The following request is jointly made by Plaintiff Lary Feezor
2    ("Feezor") and Defendant California Grills, Inc. ("Perko's") (collectively
3    "the Parties"):
4    WHEREAS, the Parties are engaged in settlement negotiations and
5    are hopeful that the instant matter can be revolved shortly.
6    WHEREAS, Feezor's Motion to Strike (Doc. 23) is set to be heard on
7    May 20, 2013.
8    WHEREAS, Perko's opposed Feezor's Motion (Doc. 25), thereby
9    triggering plaintiff's counsel's professional obligation to reply.
10   WHEREAS, pursuant to Local Rule 230(d), Feezor's last day to
11   reply is May 13, 2013.
12   THEREFORE, the Parties hereby jointly request that the hearing on
13   Feezor's Motion to Strike (Doc. 23) be continued by two (2) weeks to June
14   13, 2013, so as to give the Parties time to conclude a settlement without
15   wasting the Court's judicial resources.

17   Dated: May 13, 2013            DISABLED ADVOCACY GROUP, APLC

19                                  /s/    Lynn Hubbard III             /
20                                  Lynn Hubbard III, Esq.
                                    Attorney for Plaintiff Lary Feezor

22   Dated: May 13, 2013            BRICKWOOD LAW OFFICE
23
24                                  /s/    Gary Charles Brickwood       /
                                    Gary Charles Brickwood, Esq.
25                                  Attorney for Defendant California Grills,
26                                  Inc.

# ORDER

Having reviewed the foregoing stipulation, and good cause having been shown, the hearing on Plaintiff's Motion to Strike (Doc. 21) is hereby CONTINUED from May 30, 2013, to June 13, 2013, at 2:00 p.m. in Courtroom No. 7.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT