LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

BRADY K. McGUINESS, SBN 172548
BETTS, RUBIN & McGUINNESS, APC
907 Santa Fe Avenue, Suite 201
Fresno, CA  93721
Telephone:  (559) 438-8500
Facsimile:  (559) 438-6959
Email:  br@bettsrubinlaw.com

Attorney for MJ Properties, a California General Partnership

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128, MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP,<br><br>    Defendants.<br>_____/ | Case No.  2:12-cv-02578-MCE-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP** |

Plaintiff, LARY FEEZOR, and defendant, MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP** *only.*

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **M J PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP.**

Dated:  June 21, 2013        DISABLED ADVOCACY GROUP, APLC

 */s/  Lynn Hubbard                /*
LYNN HUBBARD III
Attorney for Plaintiff

Dated:  June 21, 2013        BETTS, RUBIN & McGUINNESS, APC
 */s/  Brady K. McGuiness         /*
BRADY K. McGUINESS
Attorney for Defendant MJ PROPERTIES, a
CALIFORNIA GENERAL PARTNERSHIP

**ORDER**

In accordance with the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:12-cv-02578-MCE-CMK, is dismissed with prejudice as to defendant MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP, only.  The case remains active against the other Defendants.

IT IS SO ORDERED.

DATED:  June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal of Defendant        *Feezor v. California Grills, Inc., et al.*
MJ Properties, a California General Partnership        Case No. 2:12-cv-02578-MCE-CMK

Page 2