1 | GARY C. BRICKWOOD (SBN 94894)
BRICKWOOD LAW OFFICE
2 | 1135 Pine Street, Suite 210
Redding, CA 96001
3 | Telephone: (530) 245-1877
Fax No.: (530) 245-1879
4 |
Attorneys for Defendants California
5 | Grills, Inc. dba Perko's Cafe #128

6 | Lynn Hubbard III (SBN 69773)
Scottlynn J. Hubbard IV (SBN 212970)
7 | DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
8 | Chico, CA  95926
Telephone:  (530)895-3252
9 | Facsimile:  (530)894-8244

10 | Attorneys for Plaintiff

11 |

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

14 |

15 | LARY FEEZOR,                  )   CASE NO. 2:12-CV-02578-MCE-CMK
                                  )
16 |         Plaintiff,            )
                                  )   JOINT STIPULATION TO EXTEND TIME TO
17 |         v.                    )   FILE DISMISSAL and ORDER
                                  )   THEREON
18 | CALIFORNIA GRILLS, INC., dba )
PERKO'S CAFE #128;               )
19 | MJ PROPERTIES                 )
a California General Partnership,)
20 |                               )
         Defendants.               )
21 | _____)

22 |     Plaintiff, Feezor and Defendant California Grills, Inc., by and through their respective

23 | attorneys stipulate to and jointly request that the court extend the time to file dispositional

24 | JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL
1

documents in this matter from July 15, 2013 to August 15, 2013.

The parties have entered into a settlement agreement that allows Defendant, California Grills, Inc. to remit its settlement payment on or before August 1, 2013. Plaintiff is unable and unwilling to file the Dismissal prior to the time for payment under the settlement agreement. For that reason, the parties jointly request the extension of time.

DATED: July 9, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRICKWOOD LAW OFFICE

　　　　　　　　　　　　　　　　　　　　By:   /s/ GARY BRICKWOOD
　　　　　　　　　　　　　　　　　　　　　　　GARY BRICKWOOD
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　California Grills, Inc.

DATED: July 9, 2013　　　　　　　　　　DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　　　　　By:   /s/ LYNN HUBBARD, III
　　　　　　　　　　　　　　　　　　　　　　　Lynn Hubbard III, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Lary Feezor

### **ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to file dispositional documents in this matter, Case No. 2:12-cv-02578-MCE-CMK, is extended to August 15, 2013.

Dated: July 18, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL
2