GARY C. BRICKWOOD (SBN 94894)
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: (530) 245-1877
Fax No.: (530) 245-1879

Attorneys for Defendants California
Grills, Inc. dba Perko's Cafe #128

Lynn Hubbard III (SBN 69773)
Scottlynn J. Hubbard IV (SBN 212970)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530)895-3252
Facsimile:  (530)894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA GRILLS, INC., dba PERKO'S CAFE #128; <br> MJ PROPERTIES <br> a California General Partnership, <br><br> Defendants. | CASE NO. 2:12-CV-02578-MCE-CMK <br><br> JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL and ORDER THEREON |

Plaintiff, Feezor and Defendant California Grills, Inc., by and through their respective attorneys stipulate to and jointly request that the court extend the time to file dispositional

JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL
1

documents in this matter from July 15, 2013 to August 15, 2013.

The parties have entered into a settlement agreement that allows Defendant, California Grills, Inc. to remit its settlement payment on or before August 1, 2013. Plaintiff is unable and unwilling to file the Dismissal prior to the time for payment under the settlement agreement. For that reason, the parties jointly request the extension of time.

DATED: July 9, 2013                     Respectfully submitted,

                                                BRICKWOOD LAW OFFICE

By:   /s/ GARY BRICKWOOD
        GARY BRICKWOOD
        Attorney for Defendant
        California Grills, Inc.

DATED: July 9, 2013                     DISABLED ADVOCACY GROUP, APLC

By:   /s/ LYNN HUBBARD, III
        Lynn Hubbard III, Esq.
        Attorney for Plaintiff Lary Feezor

## ORDER

IT IS HEREBY ORDERED that the deadline for the parties to file dispositional documents in this matter, Case No. 2:12-cv-02578-MCE-CMK, is extended to August 15, 2013.

Dated: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL
2