LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

GARY C. BRICKWOOD, SBN 94892
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA  96001
Telephone:  (530) 245-1877
Facsimile:  (530) 245-1879
Email:  gb@brickwood.com

Attorney for California Grills, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>  Plaintiff,<br><br>  vs.<br><br>CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128, MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP,<br><br>  Defendants.<br>—————————————————/ | Case No.  2:12-cv-02578-MCE-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

1    TO THE COURT AND TO ALL PARTIES:

2    Plaintiff, LARY FEEZOR, and defendant, CALIFORNIA GRILLS, INC., dba

3    PERKO'S CAFÉ #128, stipulate to and jointly request that this Court enter a

4    dismissal with prejudice of plaintiff's complaint in the above-entitled action in its

5    entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6    Dated:  August 7, 2013                    DISABLED ADVOCACY GROUP, APLC

7

8

9                                               _/s/  Lynn Hubbard_____/
                                                LYNN HUBBARD III
10                                              Attorney for Plaintiff

11   Dated:  August 7, 2013                    BRICKWOOD LAW OFFICE

12

13                                              _/s/  Gary C. Brickwood_____/
                                                GARY C. BRICKWOOD
14                                              Attorney for Defendant CALIFORNIA
15                                              GRILLS, INC., dba PERKO'S CAFÉ #128

16

17                                    **ORDER**

18

19   IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:12-cv-

20   02578-MCE-CMK, is DISMISSED with prejudice.  The Clerk of the Court is directed

21   to close the file.

22   Dated:  August 12, 2013

23

24   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
25   UNITED STATES DISTRICT COURT

26

27

28