LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

GARY C. BRICKWOOD, SBN 94892
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA  96001
Telephone:  (530) 245-1877
Facsimile:  (530) 245-1879
Email:  gb@brickwood.com

Attorney for California Grills, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No.  2:12-cv-02578-MCE-CMK |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |
| CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128, MJ PROPERTIES, a CALIFORNIA GENERAL PARTNERSHIP, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 7, 2013   DISABLED ADVOCACY GROUP, APLC

 /s/  Lynn Hubbard           /
LYNN HUBBARD III
Attorney for Plaintiff

Dated: August 7, 2013   BRICKWOOD LAW OFFICE

 /s/  Gary C. Brickwood      /
GARY C. BRICKWOOD
Attorney for Defendant CALIFORNIA GRILLS, INC., dba PERKO'S CAFÉ #128

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:12-cv-02578-MCE-CMK, is DISMISSED with prejudice. The Clerk of the Court is directed to close the file.

Dated: August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT